IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| KEITH RUSSELL JUDD, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No.2:11-cv-01753-KOB-TMP ) |
| SECRETARY OF STATE OF ALABAMA, and the STATE OF ALABAMA, | ) ) ) ) |
| Defendants. | ) |

## ORDER

This matter is before the court on the plaintiff's "Motion for Relief from Judgment or Order Under Twenty-fourth Amendment; and Motion to Amend for Court Order to Register All Convicted and Incarcerated Felons to Vote in All Federal Elections and Caucuses and Democratic National Convention; and For Order to Remove Barack Obama from State's 2012 Presidential Primary Election Ballot/Caucus and Award All Delegates to Keith Judd, Democratic Presidential Candidate." (Doc. 13). The court dismissed this *pro se* § 1983 action without prejudice pursuant to 28 U.S.C. § 1915(g) on June 6, 2011. (Doc. The Eleventh Circuit dismissed the plaintiff's appeal on October 18, 2011. (Doc. 10).

The Court DENIES the motion. (Doc. 13).

DONE and ORDERED this 20th day of November, 2012.

*Karon O. Bowdre*
_____
KARON OWEN BOWDRE
UNITED STATES DISTRICT JUDGE